# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JONES, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CERTIFIEDSAFETY, INC.<br><br>Defendant. | **Lead Case No. 3:17-cv-02229-EMC**<br>Consolidated with 3:17-cv-03892-EMC (*Crummie*)<br>Related to: 4:19-cv-1338-EMC (*Jones II*); 4:19-cv-1381-EMC (*Jones IV*); 4:19-cv-1427- (*East*); 3:19-cv-1428-EMC (*Jones V*)<br><br>[PROPOSED] **ORDER RE STIPULATION TO RELATE CASE** |
| TIERRE CRUMMIE.<br><br>Plaintiff,<br><br>vs.<br><br>CERTIFIEDSAFETY, INC.<br><br>Defendant. | |

[PROPOSED] ORDER RE STIPULATION TO RELATE CASE
*Harold Jones et al. v. CertifiedSafety, Inc.,* Case No. 3:17-cv-2229-EMC
*Tierre Crummie v. CertifiedSafety, Inc.,* Case No. 3:17-cv-03892-EMC

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that *Jones v. CertifiedSafety, Inc.*, Case No. 4:19-cv-01380-HSG, is related to this consolidated action, and shall therefore be reassigned to the undersigned.

IT IS SO ORDERED.

Dated: May 17, 2019

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER RE STIPULATION TO RELATE CASE
*Harold Jones et al. v. CertifiedSafety, Inc.*, Case No. 3:17-cv-2229-EMC
*Tierre Crummie v. CertifiedSafety, Inc.*, Case No. 3:17-cv-03892-EMC